CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

Richard Morin (SBN 285275)
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Phone: (916) 333-2222
Fax: (916) 273-8956
Email: legal@rickmorin.net
Attorney for Defendant
5201 3rd Street LLC

**GRANTED**
Judge Thomas S. Hixson

DATED: 7/12/2019

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>5201 3RD STREET LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　Defendants. | Case No.: 3:19-CV-01051-TSH<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

| | |
|---|---|
| 1 | Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the |
| 2 | parties hereto that this action may be dismissed with prejudice as to all parties; each |
| 3 | party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the |
| 4 | matter has been resolved to the satisfaction of all parties. |

Dated: July 12, 2019      CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
    Amanda Lockhart Seabock
    Attorneys for Plaintiff

Dated: July 12, 2019      LAW OFFICE OF RICK MORIN, PC

By: /s/ Richard Morin
    Richard Morin
    Attorney for Defendant
    5201 3rd Street LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for 5201 3rd Street LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: July 12, 2019         CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff